**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. 30327

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM WENDELL RAMSEY, JR., Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 09-1-0001)

ORDER GRANTING THE MOTION TO WITHDRAW AND DISMISS APPEAL
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant William Wendell Ramsey's Motion to Withdraw and to Dismiss Appeal, the papers in support, and the records and files herein, it appears that Appellant no longer wishes to continue this appeal. Therefore,

IT IS HEREBY ORDERED that the motion is granted, and this appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 8, 2010.


Presiding Judge



Associate Judge



Associate Judge